BENJAMIN B. WAGNER
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559)497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 1:07-CR-00175-DLB |
|---|---|
| Plaintiff, | ) MOTION AND ORDER FOR DISMISSAL ) OF INFORMATION |
| v. | ) |
| THOMAS R. SCHRADER, | ) |
| Defendant(s). | ) |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Mark J. McKeon, Assistant United States Attorney, hereby moves to dismiss the Information filed against Thomas R. Schrader on or about July 11, 2007, without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: January 25, 2011         BENJAMIN B. WAGNER
                                United States Attorney


                           By : /s/ Mark J. McKeon
                                MARK J. McKEON
                                Assistant U.S. Attorney

1

O R D E R

IT IS HEREBY ORDERED that the Information filed on July 11, 2007, against THOMAS R. SCHRADER, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

**Dated:   January 27, 2011**          /s/ **Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE